AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## MIDDLE District of ALABAMA

VERONICA STANLEY,

On Behalf of minor child, LB

v.

BULLOCK COUNTY BOE, BULLOCK COUNTY SCHOOL BOARD and BULLOCK COUNTY SCHOOL DISTRICT, and ROBERT MCDUFFIE in his individual and official capacity

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:07-CV-681-WHA

TO: (Name and address of Defendant)

BULLOCK COUNTY BOE
C/O KEITH STEWART
108 HARDAWAY STREET
UNION SPRINGS, AL 36089

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kathryn Dickey
322 Alabama Street
Montgomery, Alabama 36104

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE July 31, 2007

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): ___certified mail___

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
           Date                 Signature of Server

Address of Server

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

7002 3450 0000 3375 7223

| Postage | $ | 7-31-07 |
| Certified Fee | | 2:07cv681 |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To: Bullock County Board of Education c/o Kieth Stewart
Street, Apt. No.; or PO Box No. 108 Hardaway Street
City, State, ZIP+4 Union Springs, AL 36089

PS Form 3800, August 2006    See Reverse for Instructions

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

VERONICA STANLEY,

On Behalf of minor child, LB

V.

BULLOCK COUNTY BOE, BULLOCK COUNTY SCHOOL BOARD and BULLOCK COUNTY SCHOOL DISTRICT, and ROBERT MCDUFFIE in his individual and official capacity

SUMMONS IN A CIVIL CASE

CASE NUMBER: 2:07 CV 681-WHA

TO: (Name and address of Defendant)

BULLOCK COUNTY SCHOOL BOARD
C/O KEITH STEWART
108 HARDAWAY STREET
UNION SPRINGS, AL 36089

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kathryn Dickey
322 Alabama Street
Montgomery, Alabama 36104

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                         July 31, 2007
CLERK                                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): _certified mail_

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                      Signature of Server

Address of Server

U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

2:07cv681
7-31-07
Postmark Here

7006 3450 0000 3378 9458

**Bullock County School Board**
**c/o Keith Stewart**
**108 Hardaway Street**
**Union Springs, AL 36089**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

VERONICA STANLEY,

On Behalf of minor child, LB

V.

BULLOCK COUNTY BOE, BULLOCK COUNTY SCHOOL BOARD and BULLOCK COUNTY SCHOOL DISTRICT, and ROBERT MCDUFFIE in his individual and official capacity

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:07-cv-681-WHA

TO: (Name and address of Defendant)

BULLOCK COUNTY SCHOOL DISTRICT
C/O KEITH STEWART
108 HARDAWAY STREET
UNION SPRINGS, AL 36089

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kathryn Dickey
322 Alabama Street
Montgomery, Alabama 36104

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                July 31, 2007
_____                       _____
CLERK                                           DATE

_____
(BY) DEPUTY CLERK

AO 441 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): __certified mail__

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
            Date                Signature of Server

_____
Address of Server

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

7006 3450 0000 3378 9465

| Postage | $ | 2:07cv681 |
| Certified Fee | | 7-31-07 |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

**Bullock County School District**
**c/o Keith Stewart**
**108 Hardaway Street**
**Union Springs, AL 36089**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

VERONICA STANLEY,

On Behalf of minor child, LB

V.

BULLOCK COUNTY BOE, BULLOCK COUNTY SCHOOL BOARD and BULLOCK COUNTY SCHOOL DISTRICT, and ROBERT MCDUFFIE in his individual and official capacity

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:07-CV-681-WHA

TO: (Name and address of Defendant)

**Robert McDuffie
108 Hardaway Street
Union Springs, AL 36089**

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kathryn Dickey
322 Alabama Street
Montgomery, Alabama 36104

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(BY) DEPUTY CLERK

DATE July 31, 2007

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):   certified mail

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
                 Date                       Signature of Server

_____
Address of Server

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

7006 3450 0000 3375 7716

| | | |
|---|---|---|
| Postage | $ | 7-31-07 |
| Certified Fee | | 2:07cv681 |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Robert McDuffie
108 Hardaway Street
Union Springs, AL 36089

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.