Stanley

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
x *Cathy B. Smith*     ☑ Agent
                       ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
*Cathy B. Smith*

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

1. Article Addressed to:

BULLOCK COUNTY BOE
C/O KEITH STEWART
108 HARDAWAY STREET
UNION SPRINGS, AL 36089

☐ Mail       ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2:07CV681 (Complaint 20 pages)

2. Article Number
   (Transfer from service label)    7006 3450 0000 3375 7723

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Stanley

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
x *Cathy B. Smith*     ☑ Agent
                       ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
*Cathy B. Smith*

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

1. Article Addressed to:

BULLOCK COUNTY SCHOOL BOARD
C/O KEITH STEWART
108 HARDAWAY STREET
UNION SPRINGS, AL 36089

☐ Mail       ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2:07CV681 (Complaint 20 pages)

2. Article Number
   (Transfer from service label)    7006 3450 0000 3378 9458

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

*Stanley*

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Cathy B Smith*    ☐ Agent  ☑ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
*Cathy B. Smith*

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

BULLOCK COUNTY SCHOOL DISTRICT
C/O KEITH STEWART
108 HARDAWAY STREET
UNION SPRINGS, AL 36089

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2:07cv681 (cmp sms 20 Dep)

2. Article Number
   (Transfer from service labe)   7006 3450 0000 3378 9465

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

*Stanley*

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Cathy B Smith*    ☑ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
*Cathy B. Smith*    08/07/07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

**Robert McDuffie**
**108 Hardaway Street**
**Union Springs, AL 36089**

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2:07cv681 (cmp sms 20 Dep)

2. Article Number
   (Transfer from service label)   7006 3450 0000 3375 7716

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540