IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VERONICA STANLEY, etc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07cv681-WHA |
| ) | |
| BULLOCK COUNTY BOE, et al., ) | |
| ) | |
| Defendants. ) | |

### **ORDER**

Upon consideration of Defendants' Motion to Dismiss (Doc. #4), filed on August 27, 2007, it is

ORDERED that the Plaintiff shall show cause, if any there be, **on or before September 18**, **2007** why the motion should not be granted. The Defendants shall have **until September 25, 2007**, to file any reply they may wish to file. The motion will be taken under submission on that day for determination without oral hearing.

DONE this 28th day of August, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE