# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| VERONICA STANLEY, )<br>on behalf of minor child, LB, )<br> )<br> )<br>    PLAINTIFF, )<br> )<br>VS. )<br> )<br>BULLOCK COUNTY BOE; )<br>BULLOCK COUNTY SCHOOL )<br>BOARD; BULLOCK COUNTY )<br>SCHOOL DISTRICT; and )<br>ROBERT MCDUFFIE, in his )<br>individual and official capacities, )<br> )<br>    DEFENDANTS. ) | CASE NO: 2:07-CV-681 |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW the Bullock County Board of Education, Defendant in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

This party is a governmental entity and has no affiliations with reportable entities.

/s/ Clay R. Carr
Mark S. Boardman (ASB-8572-B65M)
Clay R. Carr   (ASB-5650-C42C)
Attorneys for Bullock County Board of Education
BOARDMAN, CARR, HUTCHESON, P.C.
400 Boardman Drive
Chelsea, AL 35043-8211
Telephone:  (205) 678-8000
Facsimile:  (205) 678-0000

## CERTIFICATE OF SERVICE

I hereby certify that on the **17th** date of **September, 2007**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kathryn Dickey
Law Offices of Kathryn Dickey
322 Alabama Street, Suite B
Montgomery, Alabama 36104

s/Clay R. Carr
Of Counsel