IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| VERONICA STANLEY, on behalf of minor child, LB, | ) ) ) | |
| Plaintiff, | ) ) | CASE NO: 2:07-CV-681 |
| v. | ) ) | |
| BULLOCK COUNTY BOE; BULLOCK COUNTY SCHOOL BOARD; BULLOCK COUNTY SCHOOL DISTRICT; and ROBERT MCDUFFIE, in his Individual and official capacities, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW, Plaintiff in the above-captioned matter, and pursuant to this Court's order entered on September 14, 2007, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

This party is an individual and has no affiliations with reportable entities.

Respectfully submitted this 25th day of September 2007.

/s/ Kathryn Dickey_____
Kathryn Dickey (ASB87970d57k)
Attorney for Plaintiff

OF COUNSEL:
LAW OFFICES OF KATHRY DICKEY
322 Alabama Street, Suite B
Montgomery, AL 36104
(334) 262-0728
(334) 265-7696  fax

**CERTIFICATE OF SERVICE**

     I hereby certify that on September 25, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/EFC system which will send notification of such filing to the following:

Honorable Clay R. Carr
Honorable Mark S. Boardman
Boardman, Carr, Hutcheson, P.C.
400 Boardman Drive
Chelsea, AL 35043

                                                                        /s/ Kathryn Dickey
                                                                        OF COUNSEL