## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

VERONICA STANLEY,        )
on behalf of minor child, LB,    )
                         )
                         )
    PLAINTIFF,         )
                         )     CASE NO:  2:07-CV-681
VS.                   )
                         )
BULLOCK COUNTY BOE;    )
BULLOCK COUNTY SCHOOL  )
BOARD; BULLOCK COUNTY   )
SCHOOL DISTRICT; and     )
ROBERT MCDUFFIE, in his   )
individual and official capacities, )
                         )
    DEFENDANTS.     )

## REPORT OF PARTIES' PLANNING MEETING

1.      Pursuant to Rule 26(f) Federal Rules of Civil Procedure, the parties conducted a planning meeting on January 8, 2008, via telephone conference attended by:

Kathryn Dickey for plaintiff Veronica Stanley, and

Clay R. Carr for defendants Bullock County Board of Education and Robert McDuffie.

2.      **Pre-Discovery Disclosures**.  The parties will exchange by January 22,

2008, the information required by Rule 26(a)(1).

    3.    **Discovery Plan**.  The parties jointly propose to the Court the following

discovery plan:

    Discovery will be needed on the following subjects:

    <u>For the defendants</u>: Details of the incident alleged by the plaintiffs; the injuries, treatment and damages alleged to have resulted; and the minor plaintiff's current condition with respect to the alleged incident and injuries.

    <u>For the plaintiffs</u>: Policies and procedures used by Bullock County Board of Education and Robert McDuffie; detail of actions taken by Bullock County Board of Education and Robert McDuffie prior to and following the incident; detail of responses to allegations in complaint.

    All discovery should be commenced in time to be completed by November 1, 2008.

    A maximum of thirty (30) interrogatories to be allowed by each party to any other party with responses due within thirty (30) days after receipt.

    A maximum of fifteen (15) requests for admission to be allowed by each party to any other party with responses due within thirty (30) days after receipt.

    A maximum of thirty (30) requests for production to be allowed by each party to any other party with responses due within thirty (30) days after receipt.

    A maximum of ten (10) depositions to be allowed by the plaintiff and ten (10) depositions by the defendants.

        Depositions shall be limited to eight (8) hours per witness except by agreement.

Reports from retained experts under Rule 26(a)(2) due:

> from the plaintiffs by August 15, 2008;
> from the defendants by September 15, 2008.

> Supplementations under Rule 26(e) due September 24, 2008.

4. **Other Items**.

The parties do not request a conference with the Court before entry of the scheduling order.

Plaintiffs should be allowed until March 30, 2008, to join additional parties and to amend the pleadings.

Defendants should be allowed until April 30, 2008, to join additional parties and to amend the pleadings.

All potentially dispositive motions should be filed by November 18, 2008.

Settlement is unlikely, but cannot be fully evaluated until after completion of the depositions of the parties.

The parties request a final pretrial conference in February 2009.

Final lists of trial evidence under Rule 26(a)(3) should be due:

> From plaintiffs: witnesses and exhibits by January 15, 2009;

> From defendants: witnesses and exhibits by January 30, 2009;

Parties should have ten (10) days after service of final lists of trial evidence to list objections under Rule 26(a)(3).

The case should be ready for trial by the Court's civil trial term scheduled for March 16, 2009, and at this time is expected to take approximately two to three days.


_/s/ Kathryn Dickey_
Kathryn Dickey
Attorney for Plaintiffs
Law Offices of Kathryn Dickey
322 Alabama Street, Suite B
Montgomery, Alabama 36104


_/s/ Clay R. Carr_
Clay R. Carr
Attorney for Defendants
Bullock County Board of Education
Robert McDuffie
Boardman, Carr, Hutcheson & Bennett, P.C.
400 Boardman Drive
Chelsea, Alabama 35043


DATE:  January 8, 2008