IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| L.B., a minor, who sues through his mother and next friend, Veronica Stanley, and VERONICA STANLEY, individually, | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CIVIL ACTION NO. 2:07cv-681-WHA ) |
| BULLOCK COUNTY BOARD OF EDUCATION and ROBERT MCDUFFIE, in his individual capacity, | ) ) ) ) |
| Defendants. | ) |

## ORDER

The court has noted that the Answer (Doc. #14), filed on December 17, 2007, by the Defendants in response to the Plaintiffs' Amended Complaint (Doc. #13), misstates the parties to this law suit, as does the Report of Parties Planning Meeting (Doc. #16) submitted by the parties on January 8, 2008. In order to avoid any misunderstanding, the parties are advised that the parties to this law suit are those stated in the caption to this order. It is hereby

ORDERED that counsel conform the caption of all future filings in this case so as to neither delete a plaintiff nor add a defendant, but to state the name of the first party on each side with an appropriate indication of other parties (*FRCP* 10), i.e., "et al."

DONE this 9th day of January, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE