IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| L.B., a minor who sues through his mother and next friend, Veronica Stanley, and VERONICA STANLEY, individually,  )<br>)<br>)<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>BULLOCK COUNTY BOARD OF EDUCATION, and ROBERT MCDUFFIE, in his individual capacity,  )<br>)<br>)<br>)<br>Defendants.  ) | Civil Action No.: 2:07cv681-WHA<br><br>(WO) |

## **FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered on this date, Judgment is entered in favor of the Defendants, Bullock County Board of Education and Robert McDuffie, and against the Plaintiff, Veronica Stanley.

Costs are taxed against the Plaintiff.

Done this 2nd day of February, 2009.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE